UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Georgette Miller, Esquire
Margolis Edelstein
100 Century Parkway, Suite 200
Mount Laurel, New Jersey 08054
(856) 323-1100
bky@margolisedelstein.com
Attorney for Debtor

| In Re: | |
|---|---|
| Yvonne Perry | Case No.: _____19-21409_____ |
| | Judge: _____ABA_____ |
| | Chapter: _____13_____ |

## APPLICATION FOR RETENTION OF PROFESSIONAL

1.  The applicant, _____Yvonne Perry_____, is the (check all that apply):

    ☐  Trustee:        ☐  Chap. 7        ☐  Chap. 11        ☒  Chap. 13.

    ☐  Debtor:         ☐  Chap. 11       ☐  Chap. 13

    ☐  Official Committee of _____

2.  The applicant seeks to retain the following professional _____broker_____ to serve as (check all that apply):

    ☐  Attorney for:        ☐  Trustee        ☐  Debtor-in-Possession

    ☐  Official Committee of _____

    ☐  Accountant for:      ☐  Trustee        ☐  Debtor-in-possession

    ☐  Official Committee of _____

☐  Other Professional:

      ☒  Realtor      ☐  Appraiser      ☐  Special Counsel

      ☐  Auctioneer      ☐  Other (specify): _____

3.      The employment of the professional is necessary because:

for the sale of the property located at 304 Lexington Mews, Woolwich, New Jersey

08085.

4.      The professional has been selected because:

Sawyer Realty Group is a local real estate company. Beth Sawyer sold the new

construction for the builder and knows the communtiy well.

5.      The professional services to be rendered are as follows:

List, market and sell the property. Complete all the tasks required to get the transaction

to close on time.

6.      The proposed arrangement for compensation is as follows:

5% commission split 50/50 -$250 with the buyer's broker.

7.      To the best of the applicant's knowledge, the professional's connection with the debtor, creditors, any other party in interest, their respective attorneys and accountants, the United States trustee, or any person employed in the office of the United States trustee, is as follows:

☒  None

☐  Describe connection: _____

2

8.      To the best of the applicant's knowledge, the professional (check all that apply):

    ☒   does not hold an adverse interest to the estate.

    ☒   does not represent an adverse interest to the estate.

    ☒   is a disinterested person under 11 U.S.C. § 101(14).

    ☒   does not represent or hold any interest adverse to the debtor or the estate with respect to the matter for which he/she will be retained under 11 U.S.C. § 327(e).

    ☐   Other; explain: _____

    _____

    _____

9.      If the professional is an auctioneer, appraiser or realtor, the location and  description of the property is as follows:  304 Lexington Mews, Woolwich, New Jersey 08085

    _____

    _____

The applicant respectfully requests authorization to employ the professional to render services in accordance with this application, with compensation to be paid as an administrative expense in such amounts as the Court may determine and allow.

Date: 11-15-2021

_____
Signature of Applicant

*rev.8/1/15*

3